**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7465**

———————

MICHAEL C. CORPENING,

Petitioner - Appellant,

v.

TRACEY JOHNS,

Respondent – Appellee,

and

FEDERAL BUREAU OF PRISONS; UNIT MANAGER MS. HARRIS; SIS TECH
D. DENSON; TILLEY DITO,

Respondents.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:11-hc-02057-FL)

———————

Submitted: January 22, 2013          Decided: January 24, 2013

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Christopher Corpening, Appellant Pro Se.   Michael
Bredenberg, FMC BUTNER FEDERAL MEDICAL CENTER, Butner, North
Carolina, Jennifer Dee Dannels, OFFICE OF THE UNITED STATES

ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Christopher Corpening, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. Corpening v. Johns, No. 5:11-hc-02057-FL (E.D.N.C. Aug. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3